Paul W. Tozer, SBN 088810
Thomas W. Barth, SBN 154075
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610

Attorneys for Defendants
HYNES AVIATION INDUSTRIES,
INC. dba HYNES AVIATION
SERVICES, an Oklahoma corporation;
HYNES CHILDREN TF LIMITED, a business entity,
form unknown; and MICHAEL K. HYNES, an
individual.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00288-MCE-KJN<br><br>**STIPULATION AND ORDER TO CHANGE DATE OF HEARING ON DEFENDANTS' RULE 12(b)(6)  MOTION TO DISMISS**<br><br><br><br>Date:     June 13, 2013<br>Time:    2:00 p.m.<br>Dept:     7 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereby agree and stipulate through their counsel of record that the hearing on defendants' motion to dismiss currently set for hearing on June 13, 2013 be moved fourteen days to June 27, 2013.  The parties further stipulate and agree the briefing deadlines will be extended fourteen days commensurate with the new hearing date and applicable Federal Rules of Civil Procedure.

In recent communication between counsel it was commentated and suggested the

hearing date might need to be changed due to personal matters involving defendant counsel which arose after the hearing date of June 13, 2013 was set. As a result and relying on this communication counsel for plaintiff has had insufficient opportunity to properly research and prepare opposition to the pending matter. Accordingly the parties stipulate to a continuance of the motion and relevant briefing dates for two weeks or as otherwise convenient to the court.

Dated: May 30, 2013.

      Respectfully submitted,    BARTH TOZER & DALY LLP

By_____/s/_____
     PAUL W. TOZER
  Attorneys for HYNES AVIATION INDUSTRIES, INC.

THE LAW OFFICE OF BOWMAN & ASSOCIATES

Dated: May 29, 2013.    By_____/s/_____
     SEAN GAVIN
  Attorneys for SACRAMENTO E.D.M., INC. AND DAN FOLK

**O R D E R**

Good cause showing and the parties having stipulated to moving hearing date and date for opposition to motion the hearing date is moved to June 27, 2013. Plaintiffs' opposition shall be filed on or before June 13, 2013. A reply, if any, is due not later than 7 days before the June 27, 2013 hearing date.

**IT IS SO ORDERED.**

DATED: June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT