PAUL W. TOZER, SBN 088810
BARTH & TOZER LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610

Attorneys for HYNES AVIATION INDUSTRIES, INC., HYNES AVIATION SERVICES, HYNES CHILDREN TF LIMITED and MICHAEL HYNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00288-MCE-KJN<br><br>**STIPULATION AND ORDER TO SEAL EXHIBITS AND REPLACE WITH REDACTED EXHIBITS** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the parties hereby stipulate by and through their respective counsels of record that Exhibits B and C attached to Answer to First Amended Complaint filed in this action on September 23, 2013 be sealed and replaced with copies redacted

///
///
///
///

per agreement of counsel.  Accordingly the parties request the court seal the currently filed Exhibits B and C and permit redacted copies be filed in their place.  Attached to this stipulation are proposed new Exhibits B and C with appropriate redaction.

Dated:  September 27, 2013.          Respectfully submitted,

BARTH TOZER & DALY LLP

By_____
      PAUL W. TOZER
Attorneys for Defendants HYNES AVIATION INDUSTRIES, INC., HYNES AVIATION SERVICES, HYNES CHILDREN TF LIMITED and MICHAEL HYNES

THE LAW OFFICE OF BOWMAN & ASSOCIATES

Dated:  September 27, 2013.          By    /s/ Sean Gavin_____
      SEAN GAVIN
Attorneys for Plaintiffs
SACRAMENTO E.D.M. INC., AND DAN FOLK

**O R D E R**

Good Cause Appearing in the parties' stipulation (ECF No. 31), Exhibits B and C to defendants Answer to First Amended Complaint be sealed and replacement Exhibits B and C be filed redacted to eliminate private information.

**IT IS SO ORDERED.**

**Dated:  October 2, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT