1   PAUL W. TOZER, SBN 088810
    BARTH & TOZER LLP
2   431 I Street, Suite 201
    Sacramento, California 95814
3   Telephone: (916) 440-8600
    Facsimile:  (916) 440-9610
4
    Attorneys for HYNES AVIATION
5   INDUSTRIES, INC., HYNES AVIATION
    SERVICES, HYNES CHILDREN TF
6   LIMITED and MICHAEL HYNES
7
8                   UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  SACRAMENTO E.D.M., INC., a California     Case No. 2:13-CV-00288-MCE-KJN
    corporation; DAN FOLK, an individual,
12                                            **STIPULATION AND ORDER TO SEAL**
                 Plaintiffs,                  **EXHIBITS AND REPLACE WITH**
13                                            **REDACTED EXHIBITS**
             v.
14
    HYNES AVIATION INDUSTRIES, INC.
15  dba HYNES AVIATION SERVICES, an
    Oklahoma corporation; HYNES
16  CHILDREN TF LIMITED, a business
    entity, form unknown; MICHAEL K.
17  HYNES, an individual; and DOES 1
    through 50, inclusive,
18
                 Defendants.
19
20
21      TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
22      NOTICE IS HEREBY GIVEN that the parties hereby stipulate by and through their
23  respective counsels of record that Exhibits B and C attached to Answer to First Amended
24  Complaint filed in this action on September 23, 2013 be sealed and replaced with copies redacted
25  ///
26  ///
27  ///
28  ///

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1    per agreement of counsel.  Accordingly the parties request the court seal the currently filed

2    Exhibits B and C and permit redacted copies be filed in their place.  Attached to this stipulation

3    are proposed new Exhibits B and C with appropriate redaction.

4    Dated:  September 27, 2013.       Respectfully submitted,

5                                   BARTH TOZER & DALY LLP

7                               By_____

8                                   PAUL W. TOZER
                                   Attorneys for Defendants HYNES AVIATION

9                                   INDUSTRIES, INC., HYNES AVIATION SERVICES,
                                   HYNES CHILDREN TF LIMITED and MICHAEL

10                                   HYNES

12                          THE LAW OFFICE OF BOWMAN & ASSOCIATES

14    Dated:  September 27, 2013.      By____/s/ Sean Gavin_____
                                   SEAN GAVIN

15                                   Attorneys for Plaintiffs
                                 SACRAMENTO E.D.M. INC., AND DAN FOLK

18                             **O R D E R**

19       Good Cause Appearing in the parties' stipulation (ECF No. 31), Exhibits B and C to

20    defendants Answer to First Amended Complaint be sealed and replacement Exhibits B and C be

21    filed redacted to eliminate private information.

22       **IT IS SO ORDERED.**

23    **Dated:  October 2, 2013**

25    _____
                 MORRISON C. ENGLAND, JR., CHIEF JUDGE

26                 UNITED STATES DISTRICT COURT

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA