Sean Gavin, (SBN: 251124)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, California 95834
T:  916.779.3500
F:  916.779.3508
E:  sean@foosgavinlaw.com

Attorneys for Plaintiffs
SACRAMENTO E.D.M., INC. and
DAN FOLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES, an individual; and DOES 1 through 50, inclusive;<br><br>　　　　Defendant. | Case No.:  2:13-CV-00288-MCE-KJN<br><br>**STIPULATION TO EXTEND TIME TO DEPOSE DEFENDANTS;**<br>**ORDER** |

　　　　Plaintiffs, SACRAMENTO E.D.M., INC. and DAN FOLK ("Plaintiffs"), and Defendants, HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES ("Defendants"), by and through their respective counsel, hereby agree, subject to the Court's approval, to extend the time for Plaintiff to depose Defendant MICHAEL K. HYNES and any person Defendants would designate as the Person Most Knowledgeable about the transactions and events that are the subject of this litigation. By stipulation of the parties' counsel, the deadline for

1  Plaintiff to depose MICHAEL K. HYNES and Defendants' Person Most Knowledgeable
2  will now be <u>Friday, August 29, 2014</u>. This extension is necessary to give Plaintiffs'
3  counsel an opportunity to travel to Missouri for the deposition(s) and to ensure that, in
4  light of Defendants' recent Motion for Leave to File Counter-Claim (Docket # 35), the
5  parties and counsel have adequate opportunity to examine the witness(es) on all relevant
6  topics.  Defendants agree that this request is reasonable.
7         This stipulation is made and entered into pursuant to the Federal Rules of
8  Civil Procedure, Rule 29(b). This stipulation will not interfere with the time set for
9  completing any other discovery, for hearing a motion, or for trial.  Nothing in this
10 stipulation is intended to abridge or extend any obligations or responsibilities
11 articulated in Federal Rules of Civil Procedure, Rule 30.

                                        Respectfully Submitted,

                                        FOOS GAVIN LAW FIRM, P.C.

Date:  June 27, 2014           _____/s/ Sean Gavin_____
                                        Sean Gavin (SBN: 251124)
                                        Attorney for Plaintiffs,
                                        SACRAMENTO E.D.M., INC. and DAN FOLK


                                        BARTH DALY LLP

Date:  June 27, 2014           _____/s/ Thomas Barth_____
                                        THOMAS W. BARTH (SBN: 154075)
                                        Attorneys for Defendants,
                                        HYNES AVIATION INDUSTRIES, INC.; HYNES
                                        CHILDREN TF LIMITED; and MICHAEL K.
                                        HYNES

///
///
///
///
///
///

**ORDER**

Pursuant to the parties' stipulation, ECF No. 47, and as set forth above, the deadline for Plaintiff to depose Michael K. Hynes and Defendants' person most knowledgeable will now be Friday, August 29, 2014.

IT IS SO ORDERED.

Dated: July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Sacramento E.D.M., Inc., et al. v. Hynes Aviation Industries, Inc., et al.
Stipulation to Extend Time to Depose Defendants; Order

Page 3 of 3