Thomas W. Barth, SBN 154075
BARTH DALY LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610

Attorneys for HYNES AVIATION INDUSTRIES, INC., HYNES CHILDREN TF LIMITED and MICHAEL HYNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00288-MCE-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO DISCOVERY; ORDER** |

Plaintiffs Sacramento E.D.M., Inc., and Dan Folk ("plaintiffs") and defendants Hynes Aviation Industries, Inc. dba Hynes Aviation Services, Hynes Children TF Limited and Michael K. Hynes ("defendants"), by and through their respective counsel, hereby agree, subject to the Court's approval, to extend the time for defendants to respond to the following discovery, propounded by plaintiffs:

      1.    Plaintiffs' Interrogatories, Set One (directed to Hynes Aviation Industries, Inc.);

      2.    Plaintiffs' Interrogatories, Set One (directed to Hynes Children TF Limited);

      3.    Plaintiffs' Interrogatories, Set One (directed to Michael K. Hynes);

      4.     Plaintiffs' Request for Production of Documents, Set One (directed to Hynes Aviation Industries, Inc.);

      5.     Plaintiffs' Request for Production of Documents, Set One (directed to Hynes Children TF Limited); and

      6.     Plaintiffs' Request for Production of Documents, Set One (directed to Michael K. Hynes).

By stipulation of the parties' counsel, the deadline for the completion of the discovery will now be Monday, July 28, 2014.  This extension is necessary to give defendants' counsel an opportunity to obtain the necessary information and documents for responses to the written discovery.  Plaintiffs agree that this request is reasonable.

This stipulation is made and entered into pursuant to the Federal Rules of Civil Procedure, Rule 29(b).  This stipulation will not interfere with the time set for completing any other discovery, for hearing a motion, or for trial.  Nothing in this stipulation is intended to abridge or extend any obligations or responsibilities articulated in Federal Rules of Civil Procedure, Rule 30.

Dated:  July 14, 2014.         Respectfully submitted,

BARTH DALY LLP


By    /s/Thomas W. Barth
      THOMAS W. BARTH (SBN 154075)

Attorneys for Defendants HYNES AVIATION INDUSTRIES, INC., HYNES CHILDREN TF LIMITED and MICHAEL HYNES

Dated: July 18, 2014.                FOOS GAVIN LAW FIRM, P.C.


By     /s/ Sean Gavin
       SEAN GAVIN (SBN 251124)

Attorneys for Plaintiffs SACRAMENTO
E.D.M., INC., and DAN FOLK


**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT