```
 1  Thomas W. Barth, SBN 154075
    BARTH DALY LLP
 2  431 I Street, Suite 201
    Sacramento, California 95814
 3  Telephone: (916) 440-8600
    Facsimile:  (916) 440-9610
 4
    Attorneys for HYNES AVIATION
 5  INDUSTRIES, INC., HYNES CHILDREN
    TF LIMITED and MICHAEL HYNES
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual, | Case No. 2:13-CV-00288-MCE-KJN |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO SEAL EXHIBIT AND REPLACE WITH REDACTED EXHIBIT** |
| v. | |
| HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the parties hereby stipulate by and through their respective attorneys that Exhibit 1 attached to Exhibit A to the Declaration of Thomas W. Barth in Support of Motion for Leave to File Counterclaim and for Amendment of Pretrial Scheduling Order (Pages 9 of 50 through 29 of 50, Document No. 54-1 of the Court Docket) filed in this action on July 21, 2014 be sealed and replaced with a completely redacted copy per agreement of counsel. Accordingly, the parties request the Court seal the currently filed Exhibit 1 and permit a

///

properly redacted copy be filed in its place.  Attached to this stipulation is the proposed Exhibit 1, with complete, appropriate redaction.

Respectfully submitted,

Dated:  August 8, 2014.        BARTH DALY LLP

By     /s/Thomas W. Barth
       THOMAS W. BARTH
Attorneys for Defendants HYNES AVIATION INDUSTRIES, INC., HYNES CHILDREN TF LIMITED and MICHAEL HYNES

FOOS GAVIN LAW FIRM, P.C.

Dated:  August 8, 2014.        By     /s/Sean Gavin
       SEAN GAVIN
Attorneys for Plaintiffs SACRAMENTO E.D.M. INC., and DAN FOLK

**ORDER**

Good Cause Appearing, IT IS HEREBY ORDERED Exhibit 1 to Exhibit A of the Declaration of Thomas W. Barth  in Support of Motion for Leave to File Counterclaim and for Amendment of Pretrial Scheduling Order (Pages 9 of 50 through 29 of 50, Document No. 54-1 of the Court Docket)  be SEALED and the replacement Exhibit 1 (ECF No. 62 at 4-23), redacted to eliminate private information, also be FILED.

**IT IS SO ORDERED.**
Dated:  August 22, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT