Sean Gavin, (SBN: 251124)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, California 95834
T:  916.779.3500
F:  916.779.3508
E:  sean@foosgavinlaw.com

Attorneys for Plaintiffs
SACRAMENTO E.D.M., INC. and
DAN FOLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES, an individual; and DOES 1 through 50, inclusive;<br><br>　　　　Defendant. | Case No.:  2:13-CV-00288-MCE-KJN<br><br>**STIPULATION TO EXTEND TIME TO DEPOSE DEFENDANTS;**<br>**ORDER**<br><br>[2nd Request] |

　　　WHEREAS, the Court's original Pretrial Scheduling Order in this matter (Docket #34) dictated a discovery cutoff date of July 15, 2014; and

　　　WHEREAS, on July 13, 2014 the Parties submitted a Stipulation to Extend Time to Depose Defendants (see Docket #47), which this Court signed on July 24, 2014 (see Docket #58) setting the new deadline to conduct Defendants' depositions as August 29, 2014; and

　　　WHEREAS, Plaintiffs scheduled Defendants' depositions for August 13, 2014 and August 14, 2014 by deposition notices served on July 22 and July 23, 2014; and

1  WHEREAS, on August 12, 2014, Defendants filed a Motion for Protective Order to require that Defendants' depositions be taken in Missouri (see Docket #63); and

3  WHEREAS, as a result of their requested Protective Order, Defendants did not appear on the days scheduled for their depositions; and

5  WHEREAS, the hearing on Defendants' Motion for Protective Order is not scheduled to take place until September 4, 2014;

7  NOW THEREFORE, Plaintiffs, SACRAMENTO E.D.M., INC. and DAN FOLK ("Plaintiffs"), and Defendants, HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES ("Defendants"), by and through their respective counsel, hereby agree, subject to the Court's approval, to extend the time for Plaintiff to depose Defendant MICHAEL K. HYNES and Defendant HYNES AVIATION INDUSTRIES, INC.'s Person Most Knowledgeable about the subjects identified in the deposition notices originally served on July 22 and July 23, 2014. By stipulation of the parties' counsel, the deadline for Plaintiff to depose MICHAEL K. HYNES and Defendant HYNES AVIATION INDUSTRIES, INC.'s Person Most Knowledgeable about the subjects identified in the deposition notices originally served on July 22 and July 23, 2014 will now be Friday, October 17, 2014.

19  This extension is necessary to give Plaintiffs' counsel an opportunity to travel to Missouri for the deposition(s) (or to give Defendants an opportunity to travel to Sacramento, depending on the Court's ruling on Defendants' Motion for Protective Order [Docket # 63]).  Defendants agree that this request is reasonable.

//
//
//
//
//
//

Sacramento E.D.M., Inc., et al. v. Hynes Aviation Industries, Inc., et al.
Stipulation to Extend Time to Depose Defendants; Order

Page 2 of 3

This stipulation is made and entered into pursuant to the Federal Rules of Civil Procedure, Rule 29(b). This stipulation will not interfere with the time set for completing any other discovery, for hearing a motion, or for trial. Nothing in this stipulation is intended to abridge or extend any obligations or responsibilities articulated in Federal Rules of Civil Procedure, Rule 30.

                               Respectfully Submitted,

                               FOOS GAVIN LAW FIRM, P.C.

Date:  August 29, 2014                 */s/ Sean Gavin*
                               Sean Gavin (SBN: 251124)
                               Attorney for Plaintiffs,
                               SACRAMENTO E.D.M., INC. and DAN FOLK

                               BARTH DALY LLP

Date:  August 29, 2014                 */s/ Thomas Barth*
                               THOMAS W. BARTH (SBN: 154075)
                               Attorneys for Defendants,
                               HYNES AVIATION INDUSTRIES, INC.; HYNES CHILDREN TF LIMITED; and MICHAEL K. HYNES

                               **ORDER**

      IT IS SO ORDERED.

Dated:  September 3, 2014

                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                               UNITED STATES DISTRICT COURT