UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-00288-MCE-KJN<br><br>**RELATED CASE ORDER** |
| HYNES AVIATION INDUSTRIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>　　　　　Defendants. | No. 2:13-cv-01674-JAM-CKD |

　　The Court received the Notice of Related Cases filed October 14, 2014.

　　Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve

1

many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the above-referenced actions are assigned to the same judge; no consolidation of the action is affected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated No. 2:13-cv-01674 JAM-CKD, <u>Hynes Aviation Industries, Inc. v. Sacramento E.D.M., Inc., et al.</u>, is reassigned to Judge Morrison C. England, Jr., and Kendall J. Newman for all further proceedings, and any dates currently set in this reassigned case <u>only</u> is hereby VACATED.  Plaintiff Hynes Aviation Industries, Inc. is ORDERED to re-notice its October 9, 2014, Motion for Relief from Dismissal (ECF No. 39) for an available civil law and motions calendar in accordance with the local rules.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as Case No. 2:13-cv-01674 MCE-KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  October 14, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT