# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, | No. 2:13-cv-00288-MCE-KJN |
| Plaintiffs, | **ORDER** |
| v. | |
| HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation, et al., | |
| Defendants. | |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge as stated in their Joint Status Report (ECF No. 83). See 28 U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

1  IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the
2  Honorable Kendall J. Newman.  The parties shall take note that all documents hereafter
3  filed with the Clerk of the Court shall bear case number 2:13-cv-00288-KJN.  All currently
4  scheduled dates presently set before Judge England are hereby VACATED.
5  Dated:  May 27, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

11  Having also reviewed the file, I accept reference of this case for all further
12  proceedings and entry of final judgment.
13  Dated:  May 27, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE