UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC. et al., | No. 2:13-cv-0288-KJN |
| Plaintiffs, | |
| v. | ORDER |
| HYNES AVIATION INDUSTRIES, INC., et al., | |
| Defendants. | |

On May 27, 2015, the assigned district judge issued an order vacating all dates then-scheduled in this action and reassigning this action to the undersigned based on the parties' statement of consent to the jurisdiction of a United States Magistrate Judge expressed in their April 10, 2015 joint status report. (ECF Nos. 83, 84.)[1] On that same day, the parties filed a stipulation to permit defendants to file a counterclaim in this consolidated action in place and stead of filing the existing first amended complaint filed in the prior action consolidated into this case, which the court approved. (ECF Nos. 85, 86.) Defendants subsequently filed their counterclaim. (ECF No. 87.)

---

[1] This action proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of a United States Magistrate Judge (ECF Nos. 83, 84). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301.

1

1       In light of the above developments and the fact that the trial date and all remaining pre-trial deadlines were vacated upon reassignment of this action, the undersigned finds it appropriate to set this case for a status conference to develop a scheduling order for any remaining pre-trial matters.  Accordingly, a status conference is set for September 24, 2015, at 10:00 a.m., in Courtroom No. 25 before the undersigned.  By no later than seven days prior to the status conference, the parties shall file a written joint status report addressing the following:  (1) proposed trial and final pre-trial conference dates; (2) any remaining pre-trial matters, including any remaining discovery and anticipated non-discovery motions, and proposed scheduling for those matters; (3) whether a settlement conference should be scheduled in this action and, if so, proposed dates for that conference and whether the parties will waive any conflict with respect to the undersigned serving as settlement judge; and (4) any other matters the parties believe to be conducive to the just and expeditious disposition of this case.

IT IS SO ORDERED.

Dated:  August 19, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2