UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., et al., | No. 2:13-cv-0288-KJN |
| Plaintiffs, | |
| v. | ORDER |
| HYNES AVIATION INDUSTRIES, INC., et al., | |
| Defendants. | |

This matter is currently set for a final pretrial conference before the undersigned on June 16, 2016.  (ECF No. 91.)  However, in light of the fact that the trial in this matter has been continued to September 12, 2016, due to the court's unavailability on the date originally set in the status (pretrial scheduling) order (ECF No. 92), and the large gap in time that continuation creates between the final pretrial conference and the start of trial, the court vacates the June 16, 2016 final pretrial conference and schedules a status conference for that same date.  Accordingly, the parties shall submit a joint status report by no later than June 14, 2016, providing the following information:

   1. Proposed date(s) for the final pretrial conference;

   2. Proposed deadline(s) for the parties to submit their pretrial statements;

////

1

3. A statement whether a court settlement conference under Local Rule 270 would be helpful, and, if so, whether the parties are willing to waive any claim of disqualification regarding having the undersigned serve as settlement judge; and

4. Any other information regarding the final pretrial conference, trial, or the time leading up to these proceedings that the parties believe would be helpful to discuss at this juncture.

IT IS SO ORDERED.

Dated: June 13, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE