UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., et al., | No. 2:13-cv-0288-KJN |
| Plaintiffs, | |
| v. | ORDER |
| HYNES AVIATION INDUSTRIES, INC. et al., | |
| Defendants. | |

This matter came on for a status conference before the undersigned on June 16, 2016. (See ECF No. 93.) Attorney Sean Gavin appeared on behalf of plaintiffs. Attorney Thomas Barth appeared on behalf of defendants. The parties and the court discussed dates for setting the final pretrial conference, the deadline for the parties' pretrial statements, and a settlement conference in this matter. In addition, the court and parties discussed defendants' concerns regarding plaintiffs' potential sale of assets that may be at issue in this action.

Based on the parties' joint statement and representations at the status conference, and for the reasons discussed on the record during the status conference, IT IS HEREBY ORDERED that:

1. The final pretrial conference is set for August 11, 2016, at 10:00 a.m.

2. The parties shall submit their pretrial statements by no later than July 28, 2016.

////

3. A mandatory settlement conference is scheduled in this action before Magistrate Judge Delaney. The parties shall choose from one of the following three dates on which Magistrate Judge Delaney is available to conduct the settlement conference: August 2, 2016; August 5, 2016; or August 8, 2016.[1] By no later than 4:00 p.m. on June 17, 2016, counsel for the parties shall provide the undersigned's courtroom deputy with which one of the above dates they have agreed upon and the final date will be scheduled at that time.

4. Counsel for defendants shall contact plaintiffs' counsel by no later than 4:00 p.m. on June 20, 2016, to discuss defendants' concerns regarding plaintiffs' potential sale of assets that may be at issue in this action. Counsel for plaintiffs shall then contact his clients regarding defendants' concerns and provide defendants' counsel with his clients' response by no later than 4:00 p.m. on June 22, 2016. After counsel for the parties have gone through the above process and determined how they wish to proceed regarding the potential sale of assets issue, they shall contact the undersigned's courtroom deputy to inform the court of how they will proceed.

IT IS SO ORDERED.

Dated: June 17, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The settlement conference would commence at 9:30 a.m. on each of these three dates.