UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., et al., | No. 2:13-cv-0288-KJN |
| Plaintiffs, | |
| v. | ORDER |
| HYNES AVIATION INDUSTRIES, INC., et al., | |
| Defendants. | |

      At the conclusion of proceedings on September 23, 2016, the court stated on the record that the parties would be granted one additional day for presentation of testimony and evidence in their bench trial. That final day of evidence presentation shall commence on Monday, November 14, 2016, at 9:00 a.m. Each party shall receive three hours total to present their remaining evidence or cross examination as they see fit, within the bounds of the Federal Rules of Evidence.[1]

      No later than seven days prior to that date, counsel for the parties shall each file with the court a written statement providing a list of the witnesses he plans to have testify during his allotted time along with a time estimate for each anticipated witness, as well as how long counsel

---

[1] For example, counsel for defendants/counterclaimants may engage in a re-direct examination of Michael Hynes for all or part of the three-hour allotment to defendants/counterclaimants, or may decide to not obtain any further testimony from him in order to present other witnesses.

1

anticipates cross examination of the other side's witnesses.  Also no later than seven days prior to the final day of trial, counsel for the parties shall file a joint statement of all of the exhibits to which they have stipulated to have admitted into evidence.  To the extent there are any exhibits counsel for one side believes should be admitted but the other counsel disagrees, the counsel seeking to admit those exhibits shall identify those exhibits and provide a brief statement for each of those exhibits establishing the basis for admission.

At the conclusion of the presentation of evidence, counsel for the parties will each be tasked with developing written proposed findings and recommendations for the court's consideration that contains a statement of the facts constructed from citations to the trial record and admitted evidence, and provides a legal analysis with respect to each of the parties' claims based on that evidence.[2]  The court will provide further detail regarding the proposed findings and recommendations at the conclusion of the final day of trial and will set forth the deadline for those submissions in a subsequent order.

IT IS SO ORDERED.

Dated:  09/28/16

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] In citing to the trial record, counsel will be required to cite to specific pages and lines within the transcript.  Accordingly, the court strongly encourages counsel to promptly order copies of the official trial transcript for the first six days of the trial.