Thomas W. Barth, SBN 154075
BARTH DALY LLP
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: tbarth@barth-daly.com

Attorneys for HYNES AVIATION INDUSTRIES, INC., HYNES CHILDREN TF LIMITED and MICHAEL HYNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00288-KJN<br><br>**AMENDED JUDGMENT** |
| AND CONSOLIDATED AND CROSS-ACTIONS. | |

////

A. The Ninth Circuit Court of Appeals issued a Mandate on February 20, 2019, (ECF No. 158) pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, instructing this Court to:

   1. Find that Hynes Aviation Industries, Inc. (HAI) was the lessor with respect to certain equipment leases (Leases 1 through 9), reversing this Court's original findings that HAI was a lessee, in violation of the leases' no-assignment clause; and

   2. Award $223,000 to SacEDM with regard to the US Banc judgment, rather than the award of $251,000 set forth in this Court's judgment.

B. Based on the findings of fact and conclusions of law contained in the Order of this Court, and judgment thereon (ECF No. 150), as amended to comply with the instructions of the Ninth Circuit Court of Appeals summarized herein and as set forth in the Mandate,

IT IS HEREBY ORDERED:

1. SacEDM is entitled to $48,008 in restitution against HAI with regard to the equipment leases.

2. SacEDM is entitled to restitution in the amount of $223,000 from HAI with regard to the parties' dealings concerning the US Banc judgment.

3. HAI is entitled to damages against SacEDM of $73,262 based on SacEDM's default under equipment leases 1 through 20.

4. In all other respects besides the amended awards set forth in sections B.1 through B. 3 herein, the Order of the Court (ECF No. 150), as affirmed by the Ninth Circuit Court of Appeals, shall be the final Order of the Court, without further modification.

5. The Clerk of the Court is directed to enter final judgment in this action in accordance with the above findings of fact, conclusions of law, and amended awards.

6. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 27, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE