Thomas W. Barth, SBN 154075
BARTH DALY LLP
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: tbarth@barth-daly.com

Attorneys for HYNES AVIATION INDUSTRIES, INC., HYNES CHILDREN TF LIMITED and MICHAEL HYNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; HYNES CHILDREN TF LIMITED, a business entity, form unknown; MICHAEL K. HYNES, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00288-KJN<br><br>**SECOND AMENDED JUDGMENT** |
| AND CONSOLIDATED AND CROSS-ACTIONS. | |

{00031293}

A.   This Court filed the Amended Judgment on March 27, 2019 (ECF No. 160), after the Mandate issued by the Ninth Circuit Court of Appeals on February 20, 2019 (ECF No. 158). The Amended Judgment allocated the entire restitution amount owed to Sacramento EDM, Inc. (SacEDM) of $223,000 relating to the US Banc judgment as an obligation of Hynes Aviation Industries, Inc. (HAI).

B.   The parties have determined that the US Banc judgment restitution amount of $223,000 should have properly been allocated to both HAI and Hynes Children Trust Fund, Ltd. (HCTFL) in proportion to their original liability under the provisions of the Order and Judgment after trial (ECF No. 150).

C.   Based on the findings of fact and conclusions of law contained in the Order of this Court, and judgment thereon (ECF No. 150), as amended to comply with the instructions of the Ninth Circuit Court of Appeals summarized herein and as set forth in the Mandate, and as further amended regarding the proper allocation of the US Banc judgment restitution,

IT IS HEREBY ORDERED:

1.   SacEDM is entitled to restitution in the amount of $79,165 from HAI with regard to the parties' dealings concerning the US Banc judgment.

2.   SacEDM is entitled to restitution in the amount of $143,835 from HCTFL with regard to the parties' dealings concerning the US Banc judgment.

3.   In all other respects besides the awards set forth in the Amended Judgment, as further amended in paragraphs 1 and 2 of this Second Amended Judgment, the Order of the Court (ECF No. 150), as affirmed by the Ninth Circuit Court of Appeals, shall be the final Order of the Court, without further modification.

4.   The Clerk of the Court is directed to enter final judgment in this action in accordance with the above findings of fact, conclusions of law, and amended awards.

////

////

////

////

1        IT IS SO ORDERED.

2   Dated:  June 24, 2020

3

4   JR/edm.288

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE