1  Thomas W. Barth, SBN 154075
   BARTH DALY LLP
2  2810 Fifth Street
   Davis, California 95618
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email: tbarth@barth-daly.com

5  Attorneys for HYNES AVIATION
   INDUSTRIES, INC., HYNES CHILDREN TF
6  LIMITED and MICHAEL HYNES

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SACRAMENTO E.D.M., INC., a California    No. 2:13-CV-00288-KJN
    corporation; DAN FOLK, an individual,
12                                           **STIPULATION AND ORDER CONTINUING**
              Plaintiffs,                    **EXAMINATION OF DANIEL M. FOLK**
13
         v.                                  Current Examination Date:
14                                           Date:      August 27, 2020
    HYNES AVIATION INDUSTRIES,               Time:      9:30 a.m.
15  INC., dba HYNES AVIATION                 Ctrm:      25
    SERVICES, HYNES CHILDREN TF
16  LIMITED; MICHAEL K. HYNES,

17            Defendants.

18
    HYNES AVIATION INDUSTRIES,               Proposed Examination Date:
19  INC., an Oklahoma corporation;           Date:      October 8, 2020
    MICHAEL K. HYNES, an individual,         Time:      9:30 a.m.
20                                           Ctrm:      25
              Counter-Claimants,
21
         v.
22
    SACRAMENTO E.D.M., INC., a California
23  corporation; DAN FOLK, an individual,

24            Counter-Defendants.

25

26        This Stipulation and Order Continuing the Examination of Daniel Folk is entered

27  into by and among defendants, cross-complainants and judgment creditors Hynes Aviation

28  Industries, Inc., Hynes Children TF Limited and Michael Hynes ("Judgment Creditor"), on the

{00031715}

1    one hand and plaintiff, cross-defendant and judgment debtor Sacramento E.D.M., Inc. and Daniel

2    M. Folk (the "Examinee") on the other hand (collectively, the "Parties"), by and through their

3    respective counsel, with reference to the following facts:

4                    WHEREAS, on March 9, 2020, Judgment Creditor filed an application for an

5    order requiring Examinee to appear for examination pursuant to Code of Civil Procedure

6    Section 708.110 (the "Application");

7                    WHEREAS, on March 16, 2020, the Court entered an order granting the

8    Application, pursuant to which the Examinee was required to appear at the Court on May 11,

9    2020 at 10:00 a.m. in Courtroom 25 for an examination pursuant to Code of Civil Procedure

10   Section 708.110 (the "Examination");

11                   WHEREAS, the Examination was continued by Minute Order of the Court on

12   May 5, 2020, to June 11, 2020 at 9:30 a.m. in Courtroom 25;

13                   WHEREAS, the Examination was continued by Minute Order of the Court on

14   May 6, 2020, to June 25, 2020 at 9:30 a.m. in Courtroom 25;

15                   WHEREAS, the Examination was continued by Minute Order of the Court on

16   June 24, 2020, to August 27, 2020 at 9:30 a.m. in Courtroom 25;

17                   WHEREAS the Examinee and the Judgment Creditor have agreed to reschedule

18   the Examination in order to accommodate the discussion and exchange of information and

19   settlement efforts by the parties, subject to the terms and conditions of the proposed order;

20                   WHEREAS the Parties have agreed, subject to Court approval and without further

21   notice, to continue the Examination from August 27, 2020 to October 8, 2020 at 9:30 a.m., or as

22   soon thereafter as the Court may designate; and

23                   WHEREAS, this Stipulation is not entered into and the Proposed Order is not

24   sought for any improper purpose.

25                   NOW, THEREFORE, the Parties hereby stipulate, agree and respectfully request

26   that the Court enter an Order that:

27                   The Examination is continued from August 27, 2020 to October 8, 2020 at

28   9:30 a.m.

{00031715}                                    - 2 -

1    The Examinee shall appear via video conference (Zoom) as the Court may instruct

2  or direct, for the Examination in Courtroom 25 of this Court on October 8, 2020 at 9:30 a.m.,

3  unless the Parties stipulate to a further continuance prior to that date.  No further notice of the

4  Examination shall be required.

5              **IT IS SO STIPULATED.**

6  Dated: August 20, 2020                    Respectfully submitted,

7                                            BARTH DALY LLP

8                                            By____/s/Thomas W. Barth_____
                                                  THOMAS W. BARTH
9

10                                           Attorneys for Judgment Creditors HYNES AVIATION
                                             INDUSTRIES, INC., HYNES CHILDREN TF LIMITED
11                                           and MICHAEL HYNES

12  Dated: August 20, 2020                    BRIAN R. KATZ, Attorney at Law

13                                           By____/s/Brian R. Katz_____
                                                  BRIAN R. KATZ
14

15                                           Attorneys for Judgment Debtors SACRAMENTO E.D.M.,
                                             INC. AND DANIEL FOLK

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & ORDER CONTINUING DEBTOR EXAM                                    2:13-CV-288-KJN

**ORDER**

Pursuant to the parties' stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The Examination of Daniel M. Folk pursuant to Code of Civil Procedure Section 708.110 is continued from August 27, 2020 to October 8, 2020, at 9:30 a.m., in Courtroom 25 of the above-entitled Court.  Daniel M. Folk shall appear via video conference (Zoom) as the Court may instruct or direct for the Examination on October 8, 2020, unless the Parties stipulate to a further continuance prior to that date.

(3)     No further notice of the Examination shall be required.

**IT IS SO ORDERED.**

Dated:  August 20, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/288.stip

{00031715}                                     - 4 -

STIP & ORDER CONTINUING DEBTOR EXAM                                     2:13-CV-288-KJN