Thomas W. Barth, SBN 154075
BARTH DALY LLP
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email: tbarth@barth-daly.com

Attorneys for HYNES AVIATION INDUSTRIES, INC., HYNES CHILDREN TF LIMITED and MICHAEL HYNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYNES AVIATION INDUSTRIES, INC., dba HYNES AVIATION SERVICES, HYNES CHILDREN TF LIMITED; MICHAEL K. HYNES,<br><br>Defendants. | No. 2:13-CV-00288-KJN<br><br>**STIPULATION AND ORDER CONTINUING EXAMINATION OF DANIEL M. FOLK**<br><br><u>Current Examination Date:</u><br>Date:    October 8, 2020<br>Time:    9:30 a.m.<br>Ctrm:    25 |
| HYNES AVIATION INDUSTRIES, INC., an Oklahoma corporation; MICHAEL K. HYNES, an individual,<br><br>Counter-Claimants,<br><br>v.<br><br>SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>Counter-Defendants. | <u>Proposed Examination Date:</u><br>Date:    November 12, 2020<br>Time:    10:00 a.m.<br>Ctrm:    25 |

This Stipulation and Order Continuing the Examination of Daniel Folk is entered into by and among defendants, cross-complainants and judgment creditors Hynes Aviation Industries, Inc., Hynes Children TF Limited and Michael Hynes ("Judgment Creditor"), on the

{00032092}

one hand and plaintiff, cross-defendant and judgment debtor Sacramento E.D.M., Inc. and Daniel M. Folk (the "Examinee") on the other hand (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts:

WHEREAS, on March 9, 2020, Judgment Creditor filed an application for an order requiring Examinee to appear for examination pursuant to Code of Civil Procedure Section 708.110 (the "Application");

WHEREAS, on March 16, 2020, the Court entered an order granting the Application, pursuant to which the Examinee was required to appear at the Court on May 11, 2020 at 10:00 a.m. in Courtroom 25 for an examination pursuant to Code of Civil Procedure Section 708.110 (the "Examination");

WHEREAS, the Examination was continued by Minute Order of the Court on May 5, 2020, to June 11, 2020 at 9:30 a.m. in Courtroom 25;

WHEREAS, the Examination was continued by Minute Order of the Court on May 6, 2020, to June 25, 2020 at 9:30 a.m. in Courtroom 25;

WHEREAS, the Examination was continued by Minute Order of the Court on June 24, 2020, to August 27, 2020 at 9:30 a.m. in Courtroom 25;

WHEREAS the Examinee and the Judgment Creditor have agreed to reschedule the Examination in order to accommodate the discussion and exchange of information and settlement efforts by the parties, subject to the terms and conditions of the proposed order;

WHEREAS the Parties have agreed, subject to Court approval and without further notice, to continue the Examination from August 27, 2020 to October 8, 2020 at 9:30 a.m., or as soon thereafter as the Court may designate;

WHEREAS the Parties have agreed, subject to Court approval and without further notice, to continue the Examination from October 8, 2020 to November 12, 2020 at 10:00 a.m., or as soon thereafter as the Court may designate; and

WHEREAS, this Stipulation is not entered into and the Proposed Order is not sought for any improper purpose.

///

1  NOW, THEREFORE, the Parties hereby stipulate, agree and respectfully request
2  that the Court enter an Order that:
3  The Examination is continued from October 8, 2020 to November 12, 2020 at
4  10:00 a.m.
5  The Examinee shall appear via video conference (Zoom) as the Court may instruct
6  or direct, for the Examination in Courtroom 25 of this Court on November 12, 2020 at 10:00 a.m.,
7  unless the Parties stipulate to a further continuance prior to that date.  No further notice of the
8  Examination shall be required.
9  **IT IS SO STIPULATED.**

10  Dated: October 1, 2020          Respectfully submitted,

11                                  BARTH DALY LLP

12                                  By    /s/Thomas W. Barth
13                                        THOMAS W. BARTH

14                                  Attorneys for Judgment Creditors HYNES AVIATION
                                    INDUSTRIES, INC., HYNES CHILDREN TF LIMITED
15                                  and MICHAEL HYNES

16  Dated: October 1, 2020          BRIAN R. KATZ, Attorney at Law

17                                  By    /s/Brian R. Katz
18                                        BRIAN R. KATZ

19                                  Attorneys for Judgment Debtors SACRAMENTO E.D.M.,
                                    INC. AND DANIEL FOLK

# ORDER

Pursuant to the parties' stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The Examination of Daniel M. Folk pursuant to Code of Civil Procedure Section 708.110 is continued from October 8, 2020, to November 12, 2020, at 10:00 a.m., in Courtroom 25 of the above-entitled Court. Daniel M. Folk shall appear via video conference (Zoom) as the Court may instruct or direct for the Examination on November 12, 2020, unless the Parties stipulate to a further continuance prior to that date.

(3)   No further notice of the Examination shall be required.

**IT IS SO ORDERED.**

Dated: October 1, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

288.stipext