| | |
|---|---|
| 1 | Thomas W. Barth, SBN 154075 |
| | BARTH DALY LLP |
| 2 | 2810 Fifth Street |
| | Davis, California 95618 |
| 3 | Telephone: (916) 440-8600 |
| | Facsimile:  (916) 440-9610 |
| 4 | Email: tbarth@barth-daly.com |

Attorneys for HYNES AVIATION
INDUSTRIES, INC., HYNES CHILDREN TF
LIMITED and MICHAEL HYNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual, | No. 2:13-CV-00288-KJN |
| Plaintiffs, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION AND [PROPOSED] ORDER VACATING DEBTOR EXAMINATION** |
| v. | |
| HYNES AVIATION INDUSTRIES, INC., dba HYNES AVIATION SERVICES, HYNES CHILDREN TF LIMITED; MICHAEL K. HYNES, | |
| Defendants. | |
| HYNES AVIATION INDUSTRIES, INC., an Oklahoma corporation; MICHAEL K. HYNES, an individual, | |
| Counter-Claimants, | |
| v. | |
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual, | |
| Counter-Defendants. | |

The parties have settled the above matter, conditioned on certain terms including payments to be completed by plaintiff Sacramento E.D.M., Inc.  The parties are currently preparing a written settlement agreement.  Accordingly, defendants request that the Debtor

{00032936}

1  Examination currently on calendar for January 21, 2021 at 10:00 a.m., be vacated from the
2  Court's calendar.

3  Dated: January 12, 2021.	Respectfully submitted,

4  	BARTH DALY LLP

5  	By  /s/Thomas W. Barth
6  	     THOMAS W. BARTH

7  	Attorneys for Judgment Creditors HYNES AVIATION
   	INDUSTRIES, INC., HYNES CHILDREN TF LIMITED
8  	and MICHAEL HYNES

# **ORDER**

Pursuant to the parties' notice that the above matter is subject to a conditional settlement, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The Examination of Daniel M. Folk pursuant to Code of Civil Procedure Section 708.110 is vacated from the January 21, 2021, 10:00 a.m. calendar.

**IT IS SO ORDERED.**

Dated:  January 13, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE